District Court Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

EMMANUEL ROLLY MISOLA HEBRON, IMELDA UMALI HEBRON, and EMMANUEL RODLI UMALI HEBRON

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Office of the Chief Counsel, 20 Massachusetts Ave. N.W., Room 4210, Washington, D.C. 20529;

Susan DIBBONS, in her Official Capacity, Director, Administrative Appeals Office, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security;

Loren K. MILLER, in his Official Capacity, Director of the Nebraska Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security;

Tracy RENAUD, in her Official Capacity, Acting Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security;

Alejandro MAYORKAS, in his Official Capacity, Secretary, U.S. Department of Homeland Security; and

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Office of the General Counsel, 2707 Martin Luther King Jr. Ave, SE, Mail Stop 0485, Washington, DC, 20528-0485.

Defendants.

No. 2:21-cv-00405-RSM

**STIPULATED WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER**

**Noted: April 1, 2021**

STIPULATED WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER
No. 2:21-cv-00405-RSM
PAGE– 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

The parties stipulate that, notwithstanding the denial of Plaintiff's I-140 petition, Plaintiffs' I-485 applications for adjustment of status will remain pending and not adjudicated during the pendency of this litigation, including any appeals, which will enable Plaintiffs to continue to apply for and receive work and travel permission pursuant to Employment Authorization Documents (EAD, Form I-765) and Advance Parole Travel Documents (AP, Form I-131). The parties further stipulate that Defendants shall ensure that timely filed renewals of EAD and AP documents are processed without undue delay.

The parties further stipulate that, based on the foregoing agreement, there is no immediate need for the emergency relief requested in Plaintiffs' Motion for Temporary Restraining Order (Dkt. #2) and Plaintiffs hereby withdraw that motion.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED: April 1, 2021

DAVIS WRIGHT TREMAINE LLP

By  s/ *Chris C. Morley*
Richard M. Rawson, WSBA #11159
Diane M. Butler, WSBA #22030
Chris C. Morley, WSBA #51918
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: 206.622.3150
Email: richrawson@dwt.com
          dianebutler@dwt.com
          chrismorley@dwt.com
*Attorneys for Plaintiff*

DATED: April 1, 2021

TESSA M. GORMAN
Acting United States Attorney

By  s/ *James C. Strong*
James C. Strong, OR # 131597
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  james.strong@usdoj.gov
*Attorney for Defendants*

STIPULATED WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER
No. 2:21-cv-00405-RSM
PAGE– 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## ORDER

**IT IS SO ORDERED**.

Dated this 1st day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER
No. 2:21-cv-00405-RSM
PAGE– 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax