THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMMANUEL ROLLY MISOLA HEBRON, IMELDA UMALI HEBRON, and EMMANUEL RODLI UMALI HEBRON

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Office of the Chief Counsel, 20 Massachusetts Ave. N.W., Room 4210, Washington, D.C. 20529;

Susan DIBBONS, in her Official Capacity, Director, Administrative Appeals Office, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security;

Loren K. MILLER, in his Official Capacity, Director of the Nebraska Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security;

Tracy RENAUD, in her Official Capacity, Acting Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security;

Alejandro MAYORKAS, in his Official Capacity, Secretary, U.S. Department of Homeland Security; and

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Office of the General Counsel, 2707 Martin Luther King Jr. Ave, SE, Mail Stop 0485, Washington, DC, 20528-0485.

Defendants.

No. 2:21-cv-00405-RSM

**STIPULATED MOTION FOR RELIEF FROM RULE 26(f) CONFERENCE**

**Noted: June 10, 2021**

STIPULATED MOTION FOR RELIEF
2:21-cv-00405-RSM
PAGE– 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  On May 14, 2021 this Court issued an Order setting a Rule 26(f) Conference by June 11, 2021, an initial disclosure deadline of June 18, 2021, and a joint status report by June 25, 2021. Dkt. 12.

The parties agree and stipulate that this case constitutes "an action for review on an administrative record" under Rule 26(a)(1)(B)(i), and is exempt from the initial disclosure requirements of Rule 26(a)(1), as well as from the requirements of Rule 26(f), requiring the parties to prepare a discovery plan. The parties request relief from those requirements.

The parties intend to attempt to resolve this litigation without motion practice and therefore request that the Court grant a 45-day extension of the Court's deadline to submit a joint status report, such that the report will be due Monday, August 9, 2021.

**DATED** this 10th day of June, 2021.

Respectfully submitted,

| DAVIS WRIGHT TREMAINE LLP | TESS GORMAN<br>Acting United States Attorney |
|---|---|
| *s/ Chris Morley*<br>CHRIS MORLEY, WSBA #51918<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98101<br>Phone: (206) 622-3150<br>Fax: (206) 757-7700<br>E-mail: chrismorley@dwt.com<br><br>*Attorneys for Plaintiffs* | *s/ James C. Strong*<br>JAMES C. STRONG, OR # 131597<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington  98101-1271<br>Phone: (206) 553-7970<br>Fax: (206) 553-4067<br>Email:  James.Strong@usdoj.gov<br><br>*Attorney for Defendant* |

///

///

///

STIPULATED MOTION FOR RELIEF
2:21-cv-00405-RSM
PAGE– 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

It is hereby ORDERED that:

The parties are released from the initial disclosure requirements of Rule 26(a)(1), as well as the requirements of Rule 26(f), requiring the parties to prepare a discovery plan. The parties shall file a joint status report on or before August 9, 2021.

DATED this 10th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR RELIEF
2:21-cv-00405-RSM
PAGE– 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax