The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMMANUEL ROLLY MISOLA HEBRON, IMELDA UMALI HEBRON, and EMMANUEL RODLI UMALI HEBRON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et. al.*<br><br>Defendants. | CASE NO. 2:21-cv-00405-RSM<br><br>STIPULATED MOTION AND ORDER TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE<br><br>NOTE ON MOTION CALENDAR:<br><br>OCTOBER 12, 2021 |

Under Local Civil Rules 7(d)(1) and 10(g), all parties stipulate and move to set a briefing schedule and page-limit requirements for their anticipated cross-motions for summary judgment. This is an Administrative Procedure Act case that the parties anticipate will be resolved by dispositive motion practice.

The parties stipulate as follows:

- Plaintiffs' Motion for Summary Judgment due November 19, 2021 (24-page limit);

- Defendants' Combined Cross-Motion for Summary Judgment and Opposition due December 17, 2021 (36-page limit);

//

STIPULATED MOTION AND ORDER TO SET SUMMARY JUDGMENT
BRIEFING SCHEDULE
[2:21-cv-00405-RSM] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Plaintiff's Combined Opposition and Reply due January 21, 2022 (24-page limit);

- Defendants' Reply due February 18, 2022 (12-page limit).

Dated: October 12, 2021

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 s/ James C. Strong
JAMES C. STRONG, OR # 131597
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  james.strong@usdoj.gov

*Attorneys for Defendants*


DAVIS WRIGHT TREMAINE

*s/ Richard M. Rawson*
RICHARD M. RAWSON, WSBA # 11159
DIANE M. BUTLER, WSBA # 22030
JOHN MCKAY, WSBA # 12935
920 Fifth Avenue, Suite 3300
Seattle, Washington  98104-1610
Telephone: 206-622-3150
Email: richrawson@dwt.com
Email: dianebutler@dwt.com
Email: chrismorley@dwt.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER TO SET SUMMARY JUDGMENT
BRIEFING SCHEDULE
[2:21-cv-00405-RSM] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED.**

DATED this 19th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE
[2:21-cv-00405-RSM] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970